# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 20-CR-00224-01** |
| **VERSUS** | **JUDGE JUNEAU** |
| **HECTOR EVARISTO GRANDE-PALMA (01)** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the Defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, and consistent with the report and recommendation, the guilty plea of the Defendant, Hector Evaristo Grande-Palma, is **ACCEPTED** and he is finally adjudged guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 29th day of January, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE